1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  PHUONG BARNES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 10-CR-00295-GGH
                                  )
12           Plaintiff,            )  STIPULATION AND ORDER TO SET
                                  )  DISCLOSURE SCHEDULE
13      v.                        )
                                  )
14 PHUONG BARNES,                 )  Date: February 7, 2011
                                  )  Time: 9:00 a.m.
15           Defendant.            )  Judge: Hon. Gregory G. Hollows
                                  )
16 _____)

17     It is hereby stipulated and agreed to between the United States of

18 America through Matthew C. Stegman, Assistant U.S. Attorney, and

19 defendant, PHUONG BARNES, by and through his counsel, Linda C. Harter,

20 Chief Assistant Federal Defender, that the following schedule for

21 disclosure be adopted:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Proposed PSR due | 12/13/10 | 12/27/10 |
| Counsel's written objections due | 12/27/10 | 01/10/11 |
| PSR filed with court | 01/03/11 | 01/18/11 |
| Motion for correction due | 01/10/11 | 01/24/11 |
| Reply/statement non-opposition | 01/18/11 | 01/31/11 |
| Judgment/Sentencing | 01/24/11 | 02/07/11 |

1  DATED:  December 8, 2010            Respectfully submitted,
2                                      DANIEL J. BRODERICK
                                       Federal Defender
3
4                                      /s/ Linda C. Harter
                                       LINDA C. HARTER
5                                      Chief Assistant Federal Defender
                                       Attorney for Defendant
6                                      PHUONG BARNES
7
8  DATED: December 8, 2010             BENJAMIN B. WAGNER
                                       United States Attorney
9
10                                     /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
11                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
12
13                         **O R D E R**
14 **IT IS SO ORDERED.**
15 DATED: December 13, 2010            /s/Gregory G. Hollows
                                       HON. GREGORY G. HOLLOWS
16                                     United States Magistrate Judge

Stipulation/Order/Phuong Barnes

-2-